IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEDRO ROSAS, DANIEL AVELINO, ALFREDO DURAN, and OSCAR GUITY, on behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TCI CONTRACTING, LLC d/b/a INSTALLED BUILDING PRODUCTS OF NASHVILLE <br><br> Defendant. | COLLECTIVE ACTION <br><br> Case No.: 3:13-cv-00724 |

## DEFENDANT'S MOTION FOR ADMISSION
## *PRO HAC VICE* OF PATRICK F. HULLA

Defendant, TCI Contracting, LLC d/b/a Installed Building Products of Nashville, ("Defendant"), by its attorneys and pursuant to Local Rule 83.01(d), moves that Patrick F. Hulla be admitted to practice before this Court on behalf of Defendant in the matter of *Pedro Rosas, Daniel Avelino, Alfredo Duran, and Oscar Guity, on behalf of Themselves and All Others Similarly Situated v. TCI Contracting, LLC d/b/a Installed Building Products of Nashville*. In support of this motion, Defendant states as follows:

Patrick F. Hulla is an attorney at law and a shareholder in the law firm of Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., 4520 Main Street, Suite 400, Kansas City, Missouri 64111. Mr. Hulla is a member in good standing with the U.S. District Court for the Western District of Missouri. A Certificate of Good Standing from the U.S. District Court for the Western District of Missouri is attached hereto as Exhibit A.

Mr. Hulla is not a resident of this district and does not maintain an office in this district. Mr. Hulla is not currently, nor has he ever been, suspended, disciplined, or disbarred from any court.

Should this motion be granted, Mr. Hulla will, in good faith, be bound and will, in all respects, abide by the rules and regulations of this Court as to any and all matters arising during or pertaining to the above-entitled cause, and will subject and submit himself to the full disciplinary powers of this Court.

WHEREFORE, Defendant respectfully moves for admission before this Court of Patrick F. Hulla for the purpose of representing Defendant in this matter.

Respectfully submitted,

/s/ Jonathan O. Harris
Jonathan O. Harris (TN BPR No. 26009)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219
Telephone: (615) 687-2215
Facsimile: (615) 254-1908

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2013, a copy of Defendant's Motion for Admission Pro Hac Vice of Patrick F. Hulla has been served on the following counsel of record via the Court's Electronic Filing/Notification System, and/or facsimile, and/or United States Mail, properly addressed and postage prepaid:

David W. Garrison
Scott P. Tift
Seth M. Hyatt
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
Telephone: 615.244.2202
Facsimile: 615.252.3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com
*ATTORNEYS FOR PLAINTIFFS*

Nina H. Parsley
MICHAEL D. PONCE & ASSOCIATES, PLLC
1000 Jackson Road, Suite 225
Goodlettsville, TN 37072
Telephone: 615.851.1776
Facsimile: 615.859.7033
nina@poncelaw.com
*ATTORNEY FOR PLAINTIFFS*


/s/ Jonathan O. Harris

15628053.1